THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Phyllis S. Montague, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Opinion No.    2004-UP-474
Submitted September 15, 2004  Filed 
 September 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 of Columbia; Thomas E. Pope, Sixteenth Circuit Solicitors Office, of York; 
 for Respondent.
 
 
 

PER CURIAM:  Appellant pled guilty to voluntary 
 manslaughter and possession of a knife during the commission of a violent crime.  
 She was sentenced to thirty years in prison for voluntary manslaughter and five 
 years, concurrent, for possession of a knife during the commission of a violent 
 crime.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Appellants 
 counsel attached a petition to be relieved.  Appellant did not file a pro 
 se response.    
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
HEARN, C.J., HUFF, and KITTREDGE, JJ., concur. 
 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.